# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**KERRY-X [MARSHALL],**          :

   **Plaintiff**                :   **CIVIL ACTION NO. 3:12-0351**

   **v.**                      :           **(JUDGE MANNION)**

**PENNSYLVANIA DEPARTMENT**      :
**OF CORRECTIONS, et al.,**

   **Defendants**              :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. No. 88) is **DENIED**.

2. Plaintiff's motion for leave to file an amended complaint (Doc. No. 91) is **DENIED**.

3. Plaintiff's unopposed motion to compel (Doc. No. 92) is **GRANTED**.

4. Defendants shall respond to all outstanding discovery requests, on, or before, February 14, 2014.

 

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: January 22, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0351-05-ORDER.wpd