# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KERRY-X [MARSHALL]**, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-0351 |
| v. | : | (JUDGE MANNION) |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, <u>et al.</u>**, | : | |
| Defendants | : | |
| | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 118) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff on all claims.

2. Plaintiff's motion for summary judgment (Doc. 121) is **DENIED**.

3. Plaintiff's motion for enlargement of time to file dispositive motions (Doc. 109), motion to take videotape depositions (Doc. 119), and motion for an order to file a sur-reply (Doc. 135) are **DISMISSED** as moot.

4. Plaintiff's motion to compel (Doc. 110) is **DENIED**.

5. Plaintiff's motion for leave to file an amended

      complaint (Doc. 113) is **DENIED** for the reasons set forth in this Court's January 22, 2014 Memorandum and Order.

**6.**    The Clerk of Court is directed to **CLOSE** this case.

**7**.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                              s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**

**Date: March 17, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0351-06-ORDER.wpd